FILED
JOHN P. HEHMAN
CLERK

2012 NOV 27  PM 2: 41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS, <br> Plaintiff, <br><br> v. <br><br> MANCHESTER SERVICES, INC., et al, <br> Defendants. | Case No. 1:12CV630-SAS-SKB <br> Judge Spiegel <br> Magistrate Judge Bowman <br><br><br> **PLAINTIFF'S MOTION TO PERMIT PLAINTIFF TO USE THE COURT'S ECF SYSTEM AS A FILING USER** |

Pursuant to Local Rule 83.5(b), I ask the Court to permit me to use the Court's ECF system as a Filing User for the purposes of this lawsuit only.

Granting this motion would benefit the administration of justice by reducing the costs to serve documents for me, the three Defendants, and this Court. In addition, it is likely that I will be able to learn how to use the ECF system, since I have a Ph.D. in physics and I work regularly with computers.

Respectfully submitted,

Vincent Lucas
P.O. Box 272
Amelia, OH 45102
(513) 947-1695
vincentlucaslegal@gmail.com
Plaintiff

CERTIFICATE OF SERVICE

    I certify that a copy of this motion was served upon Michael Starkey, registered agent for Sub-Par Ventures, LLC and Operations Officer for Manchester Services, Inc., by first class U.S. mail to 2977 Hwy K, Box 267, O'Fallon, MO 63368 and Qall Cord Phillipines Ltd. Co. by international mail to Block 7, Lot 2 Hyacinth Street, Camella Homes 1, Muntinlupa City, Philippines 1772 on November 27, 2012.

                                                     /s/ Vincent Lucas

                                                     Vincent Lucas