IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS, | : |
|     Plaintiff, | : Case No. 1:12CV630-TSB-SKB |
| | : Black, J. |
| | : Bowman, M.J. |
| v. | : |
| | : **JOINT REPORT ON THE STATUS** |
| PACIFIC TELECOM COMMUNICATIONS | : **OF PLAINTIFF'S FCC PETITION** |
| GROUP, et al., | : |
|     Defendants. | : |
| | : |
| | : |

The parties submit this joint report pursuant to this Court's Referral Order, Doc. 120. The FCC has not made any ruling on the Petition and has not indicated when a ruling will be forthcoming.

Respectfully submitted,

s/ Vincent Lucas

Vincent Lucas
P.O. Box 272
Amelia, OH 45102
(513) 947-1695
vincentlucaslegal@gmail.com
Plaintiff

1

CERTIFICATE OF SERVICE

      I certify that on May 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Helen Mac Murray, who is counsel for defendants Telephone Management Corporation, International Telephone Corporation, Pacific Telecom Communications Group, Fred Accuardi, F. Antone Accuardi, and Steve Hamilton.

                                            s/ Vincent Lucas