IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT LUCAS, <br> Plaintiff, | : <br> : <br> : | Case No. 1:12CV630-SAS-SKB <br> Black, J. <br> Bowman, M.J. |
| v. | : | |
| PACIFIC TELECOM COMMUNICATIONS GROUP, et al., <br> Defendants. | : <br> : <br> : | |

## MOTION OF ATTORNEYS HELEN MAC MURRAY AND LISA MESSNER FOR LEAVE TO WITHDRAW FROM REPRESENTATION OF TM CALLER ID, LLC

Now come Attorneys, Helen Mac Murray and Lisa Messner, and pursuant to Local Rule 83.4(C)(2), and move for leave to withdraw as counsel of record solely for Defendant TMCaller, ID, LLC. An Affidavit in support is attached hereto.

Respectfully submitted,

/s/ Helen Mac Murray
Helen Mac Murray           (0038782)
Lisa A. Messner             (0074034)
Attorneys for Defendants
Mac Murray, Petersen & Shuster, LLP
6530 West Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
E-mail: hmacmurray@mpslawyers.com
E-mail: lmessner@mpslawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served upon Plaintiff via the Court's electronic filing system and upon TMCaller ID, LLC, via Fred Accuardi by email, on the 9th day of September, 2015.

By:     */s/ Helen Mac Murray*
            Helen Mac Murray     (0038782)
            Attorney at Law

IN THE UNITED STATES DISTRICT
COURT FOR SOUTHERN DISTRICT OF
OHIO WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS,<br>SKB Plaintiff, | Case No. 1:12CV630-SAS-<br>Black, J.<br>Bowman, M.J. |
| v. | |
| PACIFIC TELECOM COMMUNICATIONS<br>GROUP, et al.,<br>Defendants. | |

### AFFIDAVIT OF ATTORNEY HELEN MAC MURRAY
### IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW

County of Franklin

ss:

State of Ohio

1. My name is Helen Mac Murray, Partner to the firm of Mac Murray, Petersen & Shuster, LLP ("MPS") and I am currently trial attorney of record for TMCaller ID, LLC as well as other named Defendants in this matter.

2. I recently learned that TMCaller ID, LLC is actually a dissolved corporation, which has no assets, no bank accounts and is not actively operating as a legal entity.

3. A Business Records Search for Oregon entities confirms that TMCaller ID, LLC has been administratively dissolved. A true and correct copy of the results of the Business Records Search is attached hereto.

1

4. Because the legal entity no longer exists and is not operational, MPS cannot adequately provide legal counsel and advice to this Defendant, including legal advice to comply with all Court Orders during the pendency of the litigation.

5. For these reasons, MPS requests leave to withdraw from representing this Defendant only.

6. I have notified my contact for TMCaller ID, LLC, Fred Accuardi, that I intend to withdraw as counsel for the entity only, and I have served him with a copy of this Motion and Affidavit.

7. Further Affiant sayeth naught.

*Helen Mac Murray*
Helen Mac Murray

Sworn to and subscribe din my presence, this 9th day of September, 2015.

*Evelyn DeGaugh*
Notary Public
Evelyn DeGaugh
Notary Public, State of Ohio
My Commission Expires
3/27/2018

# Business Registry Business Name Search

New Search     **Business Entity Data**     08-21-2015 08:01

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 651569-95 | DLLC | INA | OREGON | 12-21-2009 | | |
| **Entity Name** | TM CALLERID, LLC | | | | | |
| **Foreign Name** | | | | | | |

New Search     **Associated Names**

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | Start Date | 12-21-2009 | Resign Date | |
|---|---|---|---|---|---|---|
| Name | F | . | ANTHONY | ACCUARDI | | |
| Addr 1 | 27740 E WELCHES ROAD | | | | | |
| Addr 2 | | | | | | |
| CSZ | WELCHES | OR | 97067 | | Country | UNITED STATES OF AMERICA |

| Type | MAL | MAILING ADDRESS | | | | |
|---|---|---|---|---|---|---|
| Addr 1 | PO BOX 59 | | | | | |
| Addr 2 | | | | | | |
| CSZ | WELCHES | OR | 97067 | | Country | UNITED STATES OF AMERICA |

New Search     **Name History**

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| TM CALLERID, LLC | EN | CUR | 12-21-2009 | |

Please read before ordering Copies.

New Search     **Summary History**

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | ADMINISTRATIVE DISSOLUTION | 02-18-2011 | | SYS | | |
| | NOTICE LATE ANNUAL | 12-23-2010 | | SYS | | |
| | | 12-21-2009 | | FI | Agent | |

| | | ARTICLES OF ORGANIZATION | | | | | | |
|---|---|---|---|---|---|---|---|---|

© 2015 Oregon Secretary of State. All Rights Reserved.