# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS, <br>     Plaintiff, <br> <br> vs. <br> <br> TELEMARKETER CALLING FROM <br> (407) 476-5670 AND OTHER <br> TELEPHONE NUMBERS, et al., <br>     Defendants. | Case No. 1:12-cv-630 <br> <br> Judge Timothy S. Black <br> Magistrate Judge Stephanie K. Bowman |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 214)
## AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 9, 2018, submitted a Report and Recommendation. (Doc. 214). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the supplemental Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Plaintiff's remaining claims against Defendants Telephone Management Company and Fred Accuardi, concerning two calls made in September 2011, are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

1

2) The Clerk shall enter Final Judgment favor of the Defendants, whereupon this case is **CLOSED** and **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Date: 6/6/18

*Timothy S. Black*
Timothy S. Black
United States District Judge